No. 551. BRINEGAR v. UNITED STATES. C. C. A. 10th. Certiorari granted. *Leslie L. Conner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, W. Marvin Smith* and *Robert S. Erdahl* for the United States. 

No. 560. HILTON v. SULLIVAN, SECRETARY OF THE NAVY, ET AL. United States Court of Appeals for the District of Columbia. Certiorari granted. *Charles Fahy, Philip Levy* and *Walter B. Wilbur* for petitioner. *Solicitor General Perlman, H. G. Morison* and *Paul A. Sweeney* for respondents. 

No. 590. KENNEDY ET AL. v. SILAS MASON Co. C. C. A. 5th. Certiorari granted. *Leonard Lloyd Lockard* for petitioners. *Charles D. Egan* for respondent. *Solicitor General Perlman* filed a brief for the United States, as *amicus curiae,* urging the petition be granted. 

No. 527. UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK ET AL. C. C. A. 2d. Certiorari granted. MR. JUSTICE REED, MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *William Watson Smith, Frank B. Ingersoll, Leon E. Hickman, Charles E. Hughes, Jr.* and *L. Homer Surbeck* for the Aluminum Company of America, respondent. 

No. 395, Misc. PHYLE v. DUFFY, WARDEN. Supreme Court of California. Certiorari granted. It is further ordered that execution of the sentence of death imposed